Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiffs James W. Ridgway, Jr & Dexter Lee

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*May 5, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. RIDGWAY, JR. & DEXTER LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>and TRANS UNION LLC,<br><br>　　　　Defendants. | Case No. 4:15-cv-00082-YGR<br><br>STIPULATION FOR DISMISSAL OF DEFENDANTS WELLS FARGO BANK, N.A. AND EXPERIAN INFORMATION SOLUTIONS, INC. |

IT IS HEREBY STIPULATED by and between counsel for plaintiffs James W. Ridgway, Jr. and Dexter Lee and defendants Wells Fargo Bank, N.A. and Experian Information Solutions, Inc. that plaintiff James W. Ridgway, Jr's claims and plaintiff Dexter Lee's claims against defendants Wells Fargo Bank, N.A. and Experian Information Solutions, Inc. shall be dismissed with prejudice.

Date: May 4, 2015　　　　　　　　　　/s/ *Mark F. Anderson*
　　　　　　　　　　　　　　　　　　Mark F. Anderson, SBN 44787
　　　　　　　　　　　　　　　　　　Anderson, Ogilvie & Brewer LLP
　　　　　　　　　　　　　　　　　　235 Montgomery Street
　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　	　　　　　Suite 914
　　　　　　　　　　　　　　　　　　Phone: 415.651.1951

**STIP FOR DISMISSAL (WF & EXPERIAN) –- RIDGWAY V WELLS FARGO, NO. 15-00082 YGR**

| | |
|---|---|
| | Fax: 415.500.8300<br>mark@aoblawyers.com |
| | Attorney for Plaintiffs James W. Ridgway, Jr & Dexter Lee |
| Date: May 4, 2015 | */s/ Katherine A. Klimkowski*<br>Katherine A. Klimkowski (SBN 263099)<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>Phone: 949.851.3939<br>Fax: 949.553.7530<br>kaklimkowski@jonesday.com |
| | Attorneys for Experian Information Solutions, Inc. |
| Dated: May 4, 2015 | */s/ Elena K. Kouvabina*<br>SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Phone: 415.398.3344<br>Fax: 415.956.0439<br>Email: ekk@severson.com |
| | Attorneys for Defendant Wells Fargo Bank, N.A. |

**STIP FOR DISMISSAL (WF & EXPERIAN) –- RIDGWAY V WELLS FARGO, NO. 15-00082 YGR**